IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FELISSA H. FERRELL o/b/o A.I., )
)
       Plaintiff, )
)
v. ) 1:21CV126
)
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
)
       Defendant. )

## ORDER

On November 21, 2022, the Memorandum Opinion and Recommendation of United States Magistrate Judge ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. [Docs. #21, 22.] Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. [Doc. #23.] Defendant filed a response to the objections. [Doc. #24.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Summary Judgment [Doc. #16] is DENIED, that Defendant's Motion for Judgment on the Pleadings [Doc. #19] is GRANTED, and that this action is DISMISSED. A judgment dismissing this action

will be entered contemporaneously with this Order.

This the 16th day of February, 2023.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge